**MEDICIS PHARMACEUTICAL CORPORATION, Plaintiff–Appellant,**

v.

**ACELLA PHARMACEUTICALS, LLC, Defendant–Appellee.**

No. 2012–1106.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2013.

William J. McNichol, Jr., Reed Smith, LLP, of Philadelphia, PA, argued for plaintiff-appellant. Of counsel was Maryellen Feehery Hank.

Ray K. Harris, Fennemore Craig, P.C., of Phoenix, AZ, argued for defendant-appellee. With him on the brief was Ryan A. Kurtz, Miller & Martin PLLC, of Atlanta, GA.

MOORE, BRYSON, AND O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**